IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARCELLA M. DANIELS	:	CIVIL ACTION
	:
	v.	:
	:
ERIC K. SHINSEKI, SECRETARY	:	NO. 09-4859

ORDER

AND NOW, this 17th day of June 2010, upon consideration of defendant's Motion *in Limine*, and plaintiff's opposition, IT IS ORDERED:

That the Motion is DENIED WITHOUT PREJUDICE to the assertion of appropriate objections at trial.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.